Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS DUENAS,<br><br>    Plaintiff,<br><br>    v.<br><br>SQUARE, INC., JACK DORSEY,<br>ROELOF BOTHA, AMY BROOKS,<br>SHAWN CARTER, PAUL DEIGHTON,<br>RANDY GARUTTI, JIM MCKELVEY,<br>MARY MEEKER, ANNA PATTERSON,<br>LARRY SUMMERS, DAVID VINIAR,<br>and DARREN WALKER,<br><br>    Defendants. | Case No: 1:21-cv-05822-FB-JRC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nicolas Duenas hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: December 21, 2021                    Respectfully submitted,

                                            **HALPER SADEH LLP**

                                            By: /s/ Daniel Sadeh
                                            Daniel Sadeh, Esq.
                                            667 Madison Avenue, 5th Floor
                                            New York, NY 10065
                                            Telephone: (212) 763-0060
                                            Facsimile: (646) 776-2600
                                            Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

      I, Daniel Sadeh, hereby certify that on December 21, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 21, 2021            /s/ Daniel Sadeh
                                       Daniel Sadeh